PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>    Defendants. | CASE NO. 2:23-CV-02287-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's petition for asylee relative petition on behalf of her husband, which has been pending since June 2020. U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview on Plaintiff's petition for January 26, 2024. The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's application following the interview, which is expected to render this lawsuit moot.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 26, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ TRAVIS WOOLEY
TRAVIS WOOLEY
Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   January 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2